Paul W. Sweeney Jr. (SBN #112511)
paul.sweeney@klgates.com
Saman M. Rejali (SBN # 274517)
saman.rejali@klgates,com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA  90067
Tel: 310-552-5000
Fax: 310-552-5001

Román D. Hernández, *Pro Hac Vice*
roman.hernandez@klgates.com
K&L GATES LLP
1 SW Columbia Street, Suite 1900
Portland, OR  97258

Patrick M. Madden, *Pro Hac Vice*
patrick.madden@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158

Attorneys for Defendants
Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA HERNANDEZ, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:17-cv-01485 AB (KKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

**[PROPOSED] ORDER**

Having reviewed and considered the foregoing Stipulated Protective Order, and good cause appearing for same,

**IT IS SO ORDERED.**

Dated: 12/7/17

Hon. Kenly Kiya Kato
Magistrate Judge of the
United States District Court